IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.M.R INNOVATIONS LTD and Y.M.R TECH LTD,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendant. | Civil Action No. 1:22-cv-592-CFC |

**STATEMENT REGARDING THIRD-PARTY FUNDING**

Pursuant to the Court's Standing Order Regarding Third-Party Litigation Funding Arrangements, Plaintiffs state that they have made arrangements with Kent & Risley LLC, Plaintiffs' lead counsel in this litigation, for some or all of Plaintiffs' attorney fees and/or expenses to litigate this action on a non-recourse basis in exchange for a financial interest that is contingent upon the results of the litigation. Kent & Risley LLC was formed in Georgia, and its address is 5755 N Point Pkwy, Ste 57, Alpharetta, GA 30022. Kent & Risley LLC's approval is not necessary for litigation or settlement decisions in the action. Kent & Risley LLC is representing Plaintiffs in this litigation on a contingent basis.

Dated: June 1, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　STAMOULIS & WEINBLATT LLC

　　　　　　　　　　　　　　　　　　/s/ *Richard C. Weinblatt*
　　　　　　　　　　　　　　　　　　Stamatios Stamoulis (#4606)
　　　　　　　　　　　　　　　　　　Richard C. Weinblatt (#5080)
　　　　　　　　　　　　　　　　　　800 N. West Street, Third Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 999-1540
　　　　　　　　　　　　　　　　　　Facsimile: (302) 762-1688
　　　　　　　　　　　　　　　　　　stamoulis@swdelaw.com
　　　　　　　　　　　　　　　　　　weinblatt@swdelaw.com

　　　　　　　　　　　　　　　　　　*Of Counsel:*

　　　　　　　　　　　　　　　　　　Cortney S. Alexander
　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　KENT & RISLEY LLC
　　　　　　　　　　　　　　　　　　5755 N Point Pkwy, Ste 57
　　　　　　　　　　　　　　　　　　Alpharetta, GA 30022
　　　　　　　　　　　　　　　　　　Telephone: (404) 855-3867
　　　　　　　　　　　　　　　　　　cortneyalexander@kentrisley.com

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff