IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.M.R INNOVATIONS LTD and Y.M.R TECH LTD,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendants. | C.A. No. 1:22-cv-592-CFC<br><br>**Jury Trial Demanded** |

**PLAINTIFF S.M.R INNOVATIONS LTD'S**
**UPDATED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff S.M.R Innovations LTD states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. S.M.R Innovations LTD is solely owned by Oded Shmueli.

DATED: June 1, 2022　　　　　　　　　　STAMOULIS & WEINBLATT LLC

　　　　　　　　　　　　　　　　　　　　*/s/ Richard C. Weinblatt*
　　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis (#4606)
　　　　　　　　　　　　　　　　　　　　Richard C. Weinblatt (#5080)
　　　　　　　　　　　　　　　　　　　　800 N West Street, Third Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 999-1540
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 762-1688
　　　　　　　　　　　　　　　　　　　　stamoulis@swdelaw.com
　　　　　　　　　　　　　　　　　　　　weinblatt@swdelaw.com

　　　　　　　　　　　　　　　　　　　　*Of Counsel:*

　　　　　　　　　　　　　　　　　　　　Cortney S. Alexander
　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　KENT & RISLEY LLC
　　　　　　　　　　　　　　　　　　　　5755 N Point Pkwy, Ste 57
　　　　　　　　　　　　　　　　　　　　Alpharetta, GA 30022
　　　　　　　　　　　　　　　　　　　　Telephone: (404) 855-3867
　　　　　　　　　　　　　　　　　　　　cortneyalexander@kentrisley.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs