IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.M.R INNOVATIONS LTD and Y.M.R TECH LTD,<br><br>       Plaintiffs,<br><br>  v.<br><br>MOTOROLA MOBILITY LLC,<br><br>       Defendants. | C.A. No. 1:22-cv-592-CFC<br><br>**Jury Trial Demanded** |

**PLAINTIFF Y.M.R TECH LTD'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Y.M.R Tech LTD states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Y.M.R Tech LTD is solely owned by Benny Yehezkel.

DATED: June 1, 2022                  STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Of Counsel:*

Cortney S. Alexander
(admitted *pro hac vice*)
KENT & RISLEY LLC
5755 N Point Pkwy, Ste 57
Alpharetta, GA 30022
Telephone: (404) 855-3867
cortneyalexander@kentrisley.com

Attorneys for Plaintiffs